COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Reynaldo Morales v. Travelers Indemnity Co.

Appellate case number:   01-19-00051-CV

Trial court case number: 2016-02771

Trial court:             165th District Court of Harris County

The mandate in this case issued on February 14, 2020. On March 12, appellant, Reynaldo Morales, filed a motion to reconsider. This Court no longer has jurisdiction over this appeal. The Court's plenary power over its judgment has expired. *See* TEX. R. APP. P. 19.1. Accordingly, no further action can be taken by this Court in this appeal.

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightowerr_____
                    ☑ Acting individually    ☐ Acting for the Court

Date:   __April 30, 2020_____